UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.O.C. ORD, INC.,

    Plaintiff,

v.

THEODORE FREDRICK LEE,

    Defendant.

Case No. 19-cv-02322-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 24, 2020**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 1, 2020 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: 8/6/2020

_____
Richard Seeborg
United States District Judge