Bruce N. Furukawa (SBN 157303)
bruce@furukawacastles.com
Brent F. Basilico (SBN 197159)
brent@furukawacastles.com
FURUKAWA CASTLES LLP
800 Airport Blvd., Suite 504
Burlingame, CA 94010
Telephone: (415) 510-2222
Facsimile: (415) 510-2240

Attorneys for Defendant and Counter-Plaintiff
THEODORE FREDERICK LEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.O.C. ORD, Inc., A California Professional Law Corporation, dba ORD & NORMAN, <br><br>Plaintiff, <br><br>v. <br><br>THEODORE FREDERICK LEE, an individual; and DOES 1-10, inclusive, <br><br>Defendant. <br><br>AND RELATED CROSS-ACTIONS. | **Case No.: 3:19-cv-02322-RS (JSC)** <br><br>**JOINT STIPULATION AND ORDER TO DISMISS ENTIRE CASE AND ALL PARTIES** |

WHEREAS, Defendant and Counter-Plaintiff Theodore Frederick Lee ("Defendant") and Plaintiff and Counter-Defendant E.O.C. ORD Inc., dba Ord & Norman ("Plaintiff"), participated in a mandatory settlement conference ("MSC") with the Honorable Jacqueline Scott Corley on August 5, 2020 (Plaintiff and Defendant will be collectively referred to as the "Parties");

WHEREAS, the Parties reached a settlement of the above captioned matter at the MSC;

WHEREAS, the Parties signed a settlement agreement and release subsequent to the MSC; and,

///

1  WHEREAS, the Parties have complied with the terms and conditions of the settlement
2  with the exception of the dismissal of Plaintiff's complaint and Defendant's counter-claims, and
3  the Parties desire to comply with the final terms of the settlement.

4  THEREFORE, the Parties, through their respective counsel, stipulate and agree to the
5  matters set forth below.

6  1. Plaintiff's complaint is dismissed in its entirety including the dismissal of all causes of
7  action and all parties, with prejudice.

8  2. Defendant's cross-complaint is dismissed in its entirety including the dismissal of all
9  counter-claims and all parties, with prejudice.

Dated: September 14, 2020          WEBB & ORD

By: _____
ERIC L. WEBB
ELEANOR M. ORD
Attorneys for Plaintiff and Cross-Defendant
E.O.C. ORD, Inc., dba ORD & NORMAN

Dated: September 14, 2020          FURUKAWA CASTLES LLP

By: _____
BRUCE N. FURUKAWA
BRENT F. BASILICO
Attorneys for Defendant and Counter-Plaintiff
THEODORE FREDERICK LEE

///
///
///
///

IT IS HEREBY ORDERED AS SET FORTH BELOW.

1. Plaintiff's complaint is dismissed in its entirety including the dismissal of all causes of action and all parties, with prejudice.
2. Defendant's cross-complaint is dismissed in its entirety including the dismissal of all counter-claims and all parties, with prejudice.

Dated:  September 15, 2020         _____

JUDGE OF THE U.S. DISTRICT COURT

FURUKAWA CASTLES LLP
800 AIRPORT BVLD. SUITE 504
BURLINGAME CA 94010
415-510-2222
WWW.FURUKAWACASTLES.COM